Timothy A. PATRICK, M.D.,
Plaintiff–Appellee,

v.

William M. BURGET, M.D., et al.,
Defendants–Appellants.

Nos. 85–3759, 85–4071.

United States Court of Appeals,
Ninth Circuit.

Aug. 2, 1988.

Before FLETCHER, ALARCON and
WIGGINS, Circuit Judges.

ORDER

The judgment of this court has been reversed by the Supreme Court and remanded to this court for further proceedings in conformity with the opinion of the Supreme Court, —— U.S. ——, 108 S.Ct. 1658, 100 L.Ed.2d 83. Accordingly, we hereby remand to the district court for further proceedings in conformity with the opinion of the Supreme Court.

∎

Myrna UNDERWOOD, Sheila Fazande, Annie Johnson, Jerome Smith, Cora Ewers, Frances Jardin, Lura R. Stentz, Charlotte West, Aritisha McGee, individually and on behalf of all others similarly situated, Plaintiffs–Appellees,

v.

Samuel R. PIERCE, Jr., Secretary of Housing and Urban Development, Defendant–Appellant.

No. 83–5773.

United States Court of Appeals,
Ninth Circuit.

Aug. 4, 1988.

Before HUG and FLETCHER, Circuit Judges, and CARROLL,* District Judge.

ORDER

The order previously filed on July 26, 1988 in the above-entitled case is hereby designated as an Order for Publication.

This case is remanded to the district court to revise the judgment for attorneys' fees pursuant to the Opinion of the Supreme Court.